```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 12878
   JERROD OWENS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1509
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/28/05 and confirmed on 03/03/06.

    2.  The case was dismissed after confirmation, 08/17/2007.

    3.  The Debtor paid a total of $   2445.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 618.58 | .00 | 19.62 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3065.78 | .00 | 97.25 |
| JUNIPER BANK | UNSECURED | NOT FILED | .00 | .00 |
| KEYBANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 686.16 | .00 | 21.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17227.67 | .00 | 546.50 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF NEW YORK | UNSECURED | 13562.47 | .00 | 430.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7395.19 | .00 | 234.59 |
| GMAC PAYMENT CENTER | UNSECURED | 8919.82 | .00 | 238.11 |
| CITIMORTCACE | MORTCACE ARRE | 759.99 | .00 | 759.99 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 759.99 | .00 | 51475.67 | .00 | 52235.66 |
| PRINCIPAL PAID | 759.99 | .00 | 1588.08 | .00 | 2348.07 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                  759.99          .00      1588.08            .00      2348.07
```

The Debtor's attorney, NIGRO & WESTFALL PC         , was allowed $         .00
and was paid $        .00 .

The Trustee received $     96.93 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                    PAGE   2
         CASE NO. 05 B 12878 JERROD OWENS